# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHNNY DICKEY,

*Plaintiff*

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:15-cv-3070-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation (ECF No. 25) is ADOPTED in its entirety.
Plaintiff's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Denfendant's Motion for Summary Judgment (ECF No. 20) is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Fred Van Sickle  on a Report and Recommendation (ECF No. 25), Plaintiff's Motion for Summary Judgment (ECF No. 18), and Defendant's Motion for Summary Judgment (ECF No. 20).

Date: 9/8/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen